1  NORMAN J. WATKINS, State Bar No. 87327
   BARBARA S. HUFF, State Bar No. 148995
2  Email: bhuff@lynberg.com
   **LYNBERG & WATKINS**
3  A Professional Corporation
   888 South Figueroa Street, 16th Floor
4  Los Angeles, California 90017-5449
   Telephone: (213) 624-8700
5  Facsimile: (213) 892-2763

6  Attorneys for Defendant, COUNTY OF SAN BERNARDINO and DEPUTY
   KENT WATSON
7  **(Exempt per Gov't Code §6103)**

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | ESTATE OF IBN RASHEED JONES | Case No. EDCV 09-01287 DEW
   | by and through its Personal | (DTBx)
12 | Representative, TRINA GRIFFITH; | (Assigned to District Judge Donald E.
   | ROXANNE BACON-JONES; J.A.J. a | Walter and Assigned Discovery
13 | minor by and through her Guardian Ad | Magistrate Judge David T. Bristow)
   | Litem ROXANNE BACON-JONES;
14 | I.A.J., a minor by and through her
   | Guardian Ad Litem ROXANNE
15 | BACON JONES; I.B.J., a minor by and | Complaint filed: July 9, 2009
   | through his Guardian Ad Litem
16 | ROXANNE BACON-JONES; C.M. J.,
   | a minor by and through his Guardian | **ORDER FOR**
17 | Ad Litem LARINA RACOBS; | **STIPULATED PROTECTIVE**
   | LARINA RACOBS; and TRINA | **ORDER**
18 | GRIFFITH,

19         Plaintiffs,

20   v.                                    No Trial Date

21 COUNTY OF SAN BERNARDINO;
   DEPUTY KENT WATSON; and
22 DOES 1-10, inclusive,

23         Defendants.

24

25 ///

26 ///

27 ///

28 ///

F:\WP\Njw-team\BSH\1858-0034-Jones\Pleading\Order Stipulated Confidentiality Agreement.wpd\
                                           1
**ORDER FOR STIPULATED PROTECTIVE ORDER**

1  **GOOD CAUSE APPEARING,** and pursuant to the Stipulation of the
2  parties:
3  **IT IS ORDERED** that:

5  ✓  The Stipulated Protective Order signed by the parties, a copy of
6  which is attached hereto as Exhibit "1", is approved.

8  _____  The Stipulated Protective Order signed by the parties, a copy of
9  which is attached hereto as Exhibit "1", is not approved.

12  DATED: __4/21/10__, 2010

14  _____
15  UNITED STATES CENTRAL DISTRICT JUDGE

F:\WP\Njw-team\BSH\1858-0034-Jones\Pleading\Order Stipulated Confidentiality Agreement.wpd\

-2-

**ORDER FOR STIPULATED PROTECTIVE ORDER**