# Exhibit ''A''

## Settlement Proposal – 4C Revised

*Payee:* Iliza Jones
*DOB:* ▮2006

|  | Cost | Guaranteed Benefits |
|---|---|---|
| **College Fund-Guaranteed Tax-Free** |  |  |
| *$13,400.00* Payable annually, guaranteed 4 years only, to begin at age 18 (▮2024). |  | $53,600.00 |
| **Lump Sum- Guaranteed Tax-Free** |  |  |
| *$29,500.00* Payable at age 25 (▮2031). |  | $29,500.00 |
| ***Totals:*** | $47,559.76 | $83,100.00 |

---

**Atlas Settlement Group, Inc. - Laguna Niguel, CA (800) 485-0336**
This proposal is valid for seven (7) days from 3/23/2012 (or until a life company rate change) and is contingent upon verification of date(s) of birth.
Electronic transmission of this document is Read-Write protected. Any changes or modifications herein are strictly prohibited.

*Case #33121 Prop #30592*                                                                                           *Page 1 of 1*

## Settlement Proposal – 4B Revised

*Payee:* Ibn Rasheed Jones
*DOB:* ▮ 2004

|  | Cost | Guaranteed Benefits |
|---|---|---|
| **College Fund-Guaranteed Tax-Free** |  |  |
| *$11,950.00* Payable annually, guaranteed 4 years only, to begin at age 18 (▮ 2022). |  | $47,800.00 |
| **Lump Sum- Guaranteed Tax-Free** |  |  |
| *$26,000.00* Payable at age 25 (▮ 2029). |  | $26,000.00 |
| ***Totals:*** | $47,559.76 | $73,800.00 |

## Settlement Proposal – 4 Revised

*Payee:* Jamiya Jones
*DOB:* ▮ 2002

|  | Cost | Guaranteed Benefits |
|---|---|---|
| **College Fund-Guaranteed Tax-Free** | | |
| *$10,800.00* Payable annually, guaranteed 4 years only, to begin at age 18 (▮ 2020). | | $43,200.00 |
| **Lump Sum- Guaranteed Tax-Free** | | |
| *$22,500.00* Payable at age 25 (▮ 2027). | | $22,500.00 |
| ***Totals:*** | $47,559.76 | $65,700.00 |

**Atlas Settlement Group, Inc. - Laguna Niguel, CA (800) 485-0336**
This proposal is valid for seven (7) days from 3/23/2012 (or until a life company rate change) and is contingent upon verification of date(s) of birth.
Electronic transmission of this document is Read-Write protected. Any changes or modifications herein are strictly prohibited.
*Case #33121 Prop #30592*                                                                                                            *Page 1 of 1*

# Settlement Proposal – 4D Revised

*Payee:*     Colbi Jones
*DOB:*     ▇ 2008

|  | Cost | Guaranteed Benefits |
|---|---|---|
| **College Fund-Guaranteed Tax-Free** | | |
| *$14,700.00* Payable annually, guaranteed 4 years only, to begin at age 18 (▇ 2026). | | $58,800.00 |
| **Lump Sum- Guaranteed Tax-Free** | | |
| *$31,500.00* Payable at age 25 (▇ 2033). | | $31,500.00 |
| ***Totals:*** | $47,559.76 | $90,300.00 |

**Atlas Settlement Group, Inc. - Laguna Niguel, CA (800) 485-0336**
This proposal is valid for seven (7) days from 3/23/2012 (or until a life company rate change) and is contingent upon verification of date(s) of birth.
Electronic transmission of this document is Read-Write protected. Any changes or modifications herein are strictly prohibited.
*Case #33121 Prop #30592*     *Page 1 of 1*