# Exhibit ''B''

# Berkshire Hathaway Life Insurance Company of Nebraska

Active life reinsurer, founded 1993

Structured Settlements 1993-1999, re-entering 2011

| | | |
|---|---|---|
| AM Best A++, XV | 12/31/10 Written Premium | $2.44B |
| Standard & Poor's AA+ | 12/31/10 Admitted Assets | $8.41B |
| Moody's Aa1 | 12/31/10 Surplus | $1.55B |

| Ultimate Parent - Berkshire Hathaway Inc. | |
|---|---|
| 12/31/10 Admitted Assets | $372B |
| 12/31/10 Surplus | $163B |

Marketing now provided by Symetra Financial Corporation
- Top-notch service
- Quick turn-around

Competitive Advantage
- Superior balance sheet supports an appetite for long duration liabilities
- Financially strong yet competitive product
    - Younger annuitants
    - Longer deferral periods and cost of living increases
    - Long-dated portion of split cases.

Key Products
- Structured Settlement Annuities (assigned and unassigned)
- Structured Attorney Fees
- Non-Qualified SPIAs
- Periodic Payment Reinsurance *(through National Indemnity Company)*

**BERKSHIRE HATHAWAY LIFE INSURANCE COMPANY OF NEBRASKA**
A Stock Company
3024 Harney Street
Omaha, Nebraska 68131
(402) 916-3100

## SINGLE PREMIUM ANNUITY CONTRACT

For valuable consideration, Berkshire Hathaway Life Insurance Company of Nebraska (herein called "BHLN") agrees that it will make the payments described in this Contract in accordance with the terms and conditions thereof. The amount and due date of each payment is shown on the SCHEDULE OF PAYMENTS.

**There is no cash value provided under this Contract.**

Please read this Contract carefully.

| Contract No.: [enter contract number] | Contract Date: [enter date premium received] |
|---|---|
| Owner: BHG Structured Settlements, Inc., a Missouri Corporation | |
| Date of Birth of Measuring Life: [enter measuring life(s) date of birth] | |
| Measuring Life: [enter measuring life(s) name] | Social Security No.: [enter measuring life(s) SS#] |
| Annuity Commencement Date: [enter date first payment begins] | |
| Optional Payee: [enter payee(s) name] | |
| Contingent Payee (if any): [enter contingent aka beneficiary name(s), relationship(s) and allocation] | |

Signed for Berkshire Hathaway Life Insurance Company of Nebraska.

_____     _____
Assistant Secretary                              President

### 10 DAY RIGHT TO EXAMINE CONTRACT

If the Owner returns the contract to BHLN within 10 days after its receipt and requests in writing that BHLN cancel the contract, BHLN will do so and refund the amount received to purchase the annuity.

FORM BN-1 (7/94)                    Page 1 of 4

CONTRACT NO.:

# BERKSHIRE HATHAWAY LIFE INSURANCE COMPANY OF NEBRASKA
A Stock Company
3024 Harney Street
Omaha, Nebraska 68131
(402) 916-3100

## SINGLE PREMIUM ANNUITY CONTRACT

**Rights of Owner:** The Owner stated on Page 1 of this Contract owns the annuity described in this Contract. The Owner will have the right at any time to designate the payee to whom benefits are payable under the annuity. Unless the Owner otherwise directs, however, Berkshire Hathaway Life Insurance Company of Nebraska ("BHLN") will make all payments under this annuity to the Optional Payee named in this Contract during the lifetime of the Optional Payee and, thereafter, to the Contingent Payee. If no Optional Payee is stated, the Optional Payee shall be the Measuring Life. If the Contingent Payee is not stated on Page 1 of the Contract, the Estate of the Optional Payee shall be the Contingent Payee.

No change in payees will be effective until written notice of the change is received by BHLN. However any change in an Optional Payee or Contingent Payee designation will take effect as of the date the request was signed, but without prejudice to BHLN on account of any payment made by it within ten days after its receipt of the request.

The Owner is the sole person entitled to exercise any right or privilege under this Contract.

**Proof of Living:** BHLN may require proof that the Measuring Life or Optional Payee or Contingent Payee is living on the date on which any annuity payment is to be made. If proof is requested, no payment will be made until the proof has been received by BHLN.

**Payees:** If two or more Optional Payees or Contingent Payees are designated and their respective interests are not specified, their interests will be several and equal.

**Change or Waiver:** No sales representative or other person, except an officer of BHLN, may make or change any term or condition of this Contract or make any binding promises concerning this Contract on behalf of BHLN. No modification, interpretation or waiver of any provision of this Contract is valid unless it is in writing and signed by an officer of BHLN.

**Amendments:** This Contract may only be amended by an endorsement signed by an officer of BHLN and attested by BHLN's Secretary or Assistant Secretary.

FORM BN-1 (7/94)    Page 2 of 4

CONTRACT NO.:

**Misstatements:** If the age or sex of the Measuring Life, Optional Payee or Contingent Payee or any other relevant fact has been misstated, BHLN will not pay a greater amount under this Contract than would have been paid by BHLN if the correct information had been provided. Any overpayment of annuity will, together with interest, be deducted from future annuity payments. The interest rate(s) will be that used in determining the purchase price of the annuity.

**Nonassignability of Claims of Creditors:** This Contract and the payments provided under this Contract are nonassignable and will be exempt from the claims of any creditor of the Owner, Optional Payee or Contingent Payee to the maximum extent permitted by law.

**Currency:** Any money BHLN pays, or that is paid to BHLN, must be in United States currency. Any amount BHLN owes will be payable at BHLN's Home Office in Omaha, Nebraska.

**Payee Direction:** BHLN will not be deemed to know of any direction to change payee or of the death of any payee until ten days after such written direction or information is received at our Home Office. BHLN is not obliged to assure that any payment direction is valid or sufficient.

**No Change, No Surrender and No Loan:** No person may change the annuity payments, surrender this Contract for cash or borrow any amount from BHLN under this Contract. Neither the Owner nor any other person has the right to accelerate, defer, increase or decrease any payment required to be made under this Contract.

**No Participation (No Dividends):** This Contract is not eligible for any dividends. Neither the Owner nor any other person shall participate in the profits of BHLN.



FORM BN-1 (7/94)   Page 3 of 4

CONTRACT NO.:

**Schedule of Payments:**   BHLN will make payments under this Contract to:

       [enter optional payee(s) name as shown on Page 1]
       [address]
       [city, state, zip]

[enter payment options]



SPECIMEN