# Exhibit ''C''

| COSTS | |
|---|---|
| **Case Name:** | Estate of Ibn Rasheed Jones |
| **Venue:** | United States District Court, Central District, Eastern Division |
| **Case Type:** | § 1983 |
| **Case No.:** | EDCV 09-01287 DEW (DTBx) |

| COURT | | | |
|---|---|---|---|
| **DESCRIPTION** | **RECEIPT NUMBER** | **DATE** | **AMOUNT** |
| Filing Fee | | | 350.00 |
| | | | |
| | | **TOTAL:** | **350.00** |

| SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| **VENDOR** | **INVOICE NUMBER** | **PARTY SERVED** | **DATE** | **AMOUNT** |
| Abc Legal | | Defendant | | 75.00 |
| Abc Legal | | Defendant | | 50.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL:** | **125.00** |

| ATTORNEY SERVICE | | | | |
|---|---|---|---|---|
| **VENDOR** | **INVOICE NUMBER** | **SERVICES** | **DATE** | **AMOUNT** |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL:** | |

| DISCOVERY | | | | |
|---|---|---|---|---|
| **DEPOSITIONS** | | | | |
| **COURT REPORTER** | **INVOICE NUMBER** | **PARTY DEPOSED** | **DATE DEPOSED** | **AMOUNT** |
| Atkinson-Baker | 0A70D A | Interpreter | | 650.00 |
| Atkinson-Baker | A501799 AA | Kent Watson | 7/21/11 | 673.00 |
| Atkinson-Baker | A508F58 AA | Joe Callanan & Alexander Jason | 10/19/11 | 994.85 |
| Atkinson-Baker | A508F64 AA | Quintard & Mooradian | 19/19/11 | 863.55 |
| US Legal | 305096 | Harrera & Gallegos | 9/2/11 | 299.75 |
| US Legal | 309509 | Ramos | 9/23/11 | 379.00 |
| US Legal | 309510 | Rivera | 9/23/11 | 363.00 |
| US Legal | 309511 | Gaddis | 9/23/11 | 458.00 |
| | | | **TOTAL:** | **4,681.15** |

| DOCUMENT PRODUCTION | | | | |
|---|---|---|---|---|
| **VENDOR** | **INVOICE NUMBER** | **LOCATION** | **DATE PRODUCED** | **AMOUNT** |
| | | | | |
| | | | **TOTAL:** | |

| RETAINED EXPERTS | | | |
|---|---|---|---|
| **EXPERT** | **TAX ID NO.** | **SERVICES** | **AMOUNT** |
| Roger Clark | | Expert | 4,500.00 |
| Rich Magallanes | | Investigation | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | **TOTAL:** | **6,500.00** |

| NON-RETAINED EXPERTS | | | |
|---|---|---|---|
| **EXPERT** | **TAX ID NO.** | **SERVICES** | **AMOUNT** |
| Dr. McCormick | | | 1,000.00 |
| | | **TOTAL:** | **1,000.00** |

| COURIER/DELIVERY | | | | |
|---|---|---|---|---|
| **VENDOR** | **TRACKING NO.** | **RECIPIENT** | **DATE** | **AMOUNT** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL:** | |

| MISCELLANEOUS | | | |
|---|---|---|---|
| **POSTAGE** | **COPYING** | **DESCRIPTION** | **AMOUNT** |
| FEDEX | | | 34.85 |
| FEDEX | | | 25.13 |
| FEDEX | | | 26.85 |
| FEDEX | | | 24.24 |
| FEDEX | | | 31.17 |
| FEDEX | | | 48.64 |
| FEDEX | | | 22.08 |
| FEDEX | | | 22.08 |
| FEDEX | | | 59.83 |
| FEDEX | | | 31.43 |
| | FEDEX KINKOS | TRIAL BINDERS | 381.01 |
| | | **TOTAL:** | **707.31** |

| OTHER | | |
|---|---|---|
| **VENDOR/PARTY** | **DESCRIPTION** | **AMOUNT** |
| Neka Reed | Witness Expense | 132.01 |
| Neka Reed | Witness Flight | 696.00 |
| Mr. Ramos | Witness Fee | 150.00 |
| Mrs. Ramos | Witness Fee | 150.00 |
| Michelle Gaddis | Witness Fee | 150.00 |
| | **TOTAL:** | **1,278.01** |

| | | |
|---|---|---|
| | **GRAND TOTAL:** | **14,641.47** |