UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF IBN RASHEED JONES et al., <br><br> Plaintiffs <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. EDCV 09-01287 DEW (DTBx) <br><br> **ORDER GRANTING APPLICATION TO APPROVE EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF MINORS I.A.J., J.A.J., I.B.J, AND C.M.J.;** <br><br> [Exhibit A *attached hereto*] |

The Court, having considered Movants' Ex Parte Application for Approval of the Compromise of Minors I.A.J., J.A.J., I.R.J. and C.M.J., GRANTS the Application and makes the following orders:

1. The settlement of minors I.A.J., J.A.J., I.R.J. and C.M.J.'s action against the Defendants in the sum of $50,000.00 each is hereby approved. Defendant County of San Bernardino, through counsel, shall prepare and deliver drafts for the partial settlement proceeds, no later than five (5) days from the date of this Order, payable as follows:

   A. One draft of $9,760.96 shall be made payable to the Law Offices of Dale K. Galipo, representing the minor's total share of costs.

   B. Four settlement drafts of $47,559.76 representing the amounts necessary to fully fund the annuities for the minor plaintiffs. The

four settlement drafts should be made payable to "BHG Structured Settlement, Inc. on the account of [*minor's full name*] by and through [*his/her*] Guardian Ad Litem [*name of Guardian ad Litem*]."

   C. The Assignee shall have the right to fund its liability to make periodic payments to the minor plaintiffs by purchasing annuity policies from Berkshire Hathaway Life Insurance Company of Nebraska, which is rated A++ Class 15 Superior, as determined by A.M. Best Company. The Berkshire Hathaway Life Insurance Company of Nebraska will act as Guarantor of the Assignee.

2. The Court directs the Assignee to purchase the annuity contracts on behalf of the minor plaintiffs. The funds shall be disbursed in accord with the terms of the Annuities as outlined in the Addendum attached to this Order as "**Exhibit A.**" The Berkshire Hathaway Life Insurance Company of Nebraska shall act as Guarantor of the Assignee. Disbursement drafts will be made payable and issued directly to the minor plaintiffs upon reaching the age of maturity according to the payment schedule.

**IT IS SO ORDERED.**

Dated: 5/17, 2012

Hon. Donald E. Walter
United States District Judge